IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NALIK SHARIFF SCOTT,**  Petitioner, | : :  : |
| v. | : : CIVIL ACTION NO. 20-CV- 6198 |
| **KEVIN RANSOM,** *et al.,*  Respondents. | : : : |

## ORDER

**AND NOW**, this 13th day of November, 2023, upon careful and independent consideration of Petitioner Nalik Shariff Scott's "Petition for Writ of Habeas Corpus" (ECF No. 1) and his counseled "Memorandum of Law" in support thereto (ECF No. 7), the Government's response in opposition (ECF No. 8), and after review of the Report and Recommendation of the United States Magistrate Richard A. Lloret (ECF No. 9), it is hereby **ORDERED** that:

1. The Report and Recommendation (ECF No. 9) is **APPROVED** and **ADOPTED**.

2. Petitioner's "Petition for Writ of Habeas Corpus" (ECF No. 1) is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**